IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUTUMN BULLEK and VINCENT ABBOTT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>WILKES UNIVERSITY,<br><br>    Defendant. | Civil Action No. _____ |

**PLAINTIFF'S RULE 7.1(a)(2) DISCLOSURE STATEMENT**

  Pursuant to Fed. R. Civ. P. 7.1(a)(2), counsel for Plaintiffs certify that Plaintiff Autumn Bullek is a resident and citizen of Pennsylvania and Plaintiff Vincent Abbott is a resident and citizen of Virginia.

Dated: October 15, 2025

            Respectfully submitted,

            **LYNCH CARPENTER, LLP**

            <u>/s/ Gerald D. Wells, III</u>
            Gerald D. Wells, III (PA 88277)
            Stephen E. Connolly*
            1760 Market Street, Suite 600
            Philadelphia, PA 19103
            T: 267-609-6910
            F: 267-609-6955
            jerry@lcllp.com
            steve@lcllp.com

            *Attorneys for Plaintiffs and the Proposed Class*

            \* *pro hac vice* forthcoming