IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUTUMN BULLEK and VINCENT ABBOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILKES UNIVERSITY,<br><br>Defendant. | Case No. 3:25-cv-01941-JKM |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Autumn Bullek and Vincent Abbott, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismiss without prejudice their claims against Defendant Wilkes University.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: November 24, 2025	Respectfully submitted,

**LYNCH CARPENTER, LLP**

*/s/ Gerald D. Wells, III*
Gerald D. Wells, III (PA 88277)
1760 Market Street, Suite 600
Philadelphia, PA 19103
T: 267-609-6910
F: 267-609-6955
jerry@lcllp.com

*Attorneys for Plaintiffs and the Proposed Class*